Jeffrey Chubak (032112007)
Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Petitioners

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P., <br> Petitioners, <br> JIE JIAO HAYES, <br> Respondent. | Case No. 3:24-cv-10260 |

## EX PARTE APPLICATION TO TAKE FOREIGN DEPOSITION OF JIE JIAO HAYES

Petitioners 507 Summit LLC, whose address is 853 Broadway, Suite 1109, New York, NY 10003, and KOA Capital L.P., whose address is 344 Grove Street, #960, Jersey City, NJ 07302, make this ex parte application for leave to serve respondent Jie Jiao Hayes, an individual who resides at 650 Route 518, Skillman, NJ 08558, and works at Songbird Capital LLC, 14 Nassau Street, Princeton, NJ 08542, with a deposition subpoena in the form attached, pursuant to 28 U.S.C. § 1782, and take her testimony for use in a Cayman appraisal proceeding, In the Matter of China Index Holdings Limited, Case No. FSD 2023-0201.  Respondent is a former director of China Index Holdings Limited ("CIH"), who served on its audit and governance committee when it wrote off an $84 million loan due from an affiliate, that soon after went on to sponsor a take-private merger transaction with CIH.  The Cayman proceeding is to determine the fair value of petitioners' Class A ordinary shares in CIH, which is naturally impacted by the write-off.

Dated: November 4, 2024                                    Respectfully submitted,

                                                           /s/ Jeffrey Chubak