UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P., <br> Petitioners, <br> JIE JIAO HAYES, <br> Respondent. | Case No. 3:24-cv-10260 |

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION
TO TAKE FOREIGN DEPOSITION OF JIE JIAO HAYES**

This matter having come before the Court on the ex parte application of petitioners 507 Summit LLC and KOA Capital L.P. for leave to serve respondent Jie Jiao Hayes with a deposition subpoena, pursuant to 28 U.S.C. § 1782, and take her testimony for use in a Cayman appraisal proceeding; and the Court having considered the application and the memorandum and certifications in support, and good cause appearing; now, therefore, it is hereby:

ORDERED, that the application is granted as provided herein; and it is further

ORDERED, petitioners are hereby granted leave to issue and serve on respondent a deposition subpoena, in the form attached to the application; and it is further

ORDERED, respondent shall comply with the subpoena in accordance with the Federal Rules of Civil Procedure; and it is further

ORDERED, copies of the application, all supporting documents and this order shall be served on respondent together with the subpoena.

Dated: _____, 2024

_____
United States District Judge