UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| 507 SUMMIT LLC and KOA CAPITAL L.P., Petitioners, v. JIE JIAO HAYES, Respondent. | Case No. 3:24-cv-10260 <br><br> **CERTIFICATION OF JEFFREY CHUBAK IN SUPPORT** |
|---|---|

I, Jeffrey Chubak, hereby declare:

1. I am a member of Amini LLC, counsel for the above-named petitioners in this 28 U.S.C. § 1782 proceeding, and submit this certification in support of their ex parte application for leave to serve respondent Jie Jiao Hayes with a deposition subpoena and take her testimony for use in a Cayman appraisal proceeding.

2. Annexed hereto as exhibits are true and correct copies of the following documents:

| Exbibit No. | Document Description |
|---|---|
| Documents re: Respondent Being Found/Residing in this District | |
| 1 | 2002-07-31 Deed to 650 Route 518, Skillman, NJ |
| 2 | 2024-10-31 Property Detail Report re: 650 Route 518, Skillman, NJ |
| 3 | Songbird Capital "About" Webpage (retrieved 2024-10-30) |
| 4 | Songbird Capital "Contact Us" Webpage (retrieved 2024-10-31) |
| 5 | NJ IAPD Report |
| Cayman Decisions/Filings/Orders[1] | |
| 6 | 2009 CILR 553 Lyxor v. Phoenix Meridian |
| 7 | 2021-09-13 Judgment in Fang Winding up Proceeding |
| 8 | 2023-04-20 Judgment in CIH Indemnity Proceeding |
| 8 | 2023-07-19 Petition in CIH Appraisal Proceeding |

3. The subject matter of the instant application is not the subject of any other action pending in any court. I was/am counsel of record in the other 28 U.S.C. § 1782 proceedings petitioners commenced (S.D. Cal. 8:23-mc-18 ECF [#14](#) (Roth Capital Partners LLC), S.D. Tex. 4:23-mc-1724 ECF [#10](#) (MaloneBailey LLP), S.D.N.Y. 1:23-mc-427 ECF [#27](#) (General Atlantic,

---

[1] Consistent with the memorandum in support, "CIH" refers to China Index Holdings Limited and "Fang" refers to Fang Holdings Limited.

L.P.)) in relation to the above-referenced Cayman appraisal proceeding none of which concern respondent.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2024.

/s/ Jeffrey Chubak