# Property Detail Report

**Property Records**

For property located at
650 Rt 518, Skillman, NJ 08558

APN: 13-27001-0000-00008-0000
Generation date: 10/31/2024

## Owner(s) Information

| | | | |
|---|---|---|---|
| **Owners(s) name** | Hayes, Andrew R. & Jie J. | **Owner For** | 22 years |
| **Mailing Address** | 650 Route 518 | **Absentee** | No |
| **City, State Zip** | Skillman, NJ 08558 | **Corporate Owned** | No |

## Location Information

| | | | | | |
|---|---|---|---|---|---|
| **County** | Somerset | **Lot Acres** | 9.38 | **Class 4 Code** | |
| **Municipality** | Montgomery Township | **Lot Sq Ft** | 408,592.8 | **Building Class** | 18 |
| **Block / Lot / Qual** | 27001 / 8 / --- | **Land Use** | Residential | **Building Desc** | SFD, HISTORIC |
| **Additional Lots** | --- | **Land Desc** | 9.38 AC | **Building Sq.Ft.** | 4661 |
| **Census Code** | 340350542023008 | **Zoning** | --- | **Year Constructed** | 1968 |

## Tax Information

| | | | | | |
|---|---|---|---|---|---|
| **Assessed Year** | 2024 | **Land Value** | $270,500 | **Tax Exemption** | --- |
| **Tax Year** | 2024 | **Improved Value** | $328,800 | **Deductions (Amount)** | 0 |
| **Calculated Tax** | $20,544.00 | **Total Assessed Value** | $599,300 | **Tax Rate (2024)** | 3.376 |
| **Special Tax Codes** | F02 | | | **Tax Ratio (2024)** | 64.64 |

## Last Market Sale

| | | | | | |
|---|---|---|---|---|---|
| **Sale / Rec Date** | 07/31/2002 - 08/05/2002 | **Buyer Name** | HAYES, ANDREW R. & JIE J. | **Seller Name** | CLANCY, ROBERT E. |
| **Sale Price** | $750,000 | **Buyer Street** | 650 ROUTE 518 | **Seller Street** | 134 SAYRE DRIVE |
| **Price / Sq.Ft.** | $160.91 | **Buyer City, State** | SKILLMAN, NJ | **Seller City, State** | PRINCETON, NJ |
| **Book / Page** | 05184 / 03612 | | | | |
| **Assessor Code** | 26 | | | | |

## FEMA Flood

| Flood Zone | Flood Risk | Panel # | Effective Date | Parcel Coverage | SFHA |
|---|---|---|---|---|---|
| AE | FLOODWAY | 34035C0241E | 09/28/2007 | 3.31 (36.36%) | Yes |
| X | AREA OF MINIMAL FLOOD HAZARD | 34035C0241E | 09/28/2007 | 3.12 (34.26%) | No |
| AE | --- | 34035C0241E | 09/28/2007 | 1.38 (15.11%) | Yes |




Disclaimer: The property information displayed here is obtained from various public records. NJPropertyRecords, LLC makes no guarantees on the validity of the data presented. Although deemed reliable, information may not be accurate. Information should be independently confirmed and you use the information displayed here at your own risk.