UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P., <br><br> Petitioner, <br><br> v. <br><br> JIE JIAO HAYES, <br><br> Respondent. | Case No. 24-10260 (MAS) (RLS) |

**ORDER GRANTING EX PARTE APPLICATION
TO TAKE FOREIGN DEPOSITION OF JIE JIAO HAYES**

**THIS MATTER** having come before the Court on the ex parte application of Petitioners 507 Summit LLC and KOA Capital L. P. for leave to serve Respondent Jie Jiao Hayes with a deposition subpoena, pursuant to 28 U.S.C. § 1782, and take her testimony for use in a Cayman appraisal proceeding; and the Court having considered the application and the memorandum and certifications in support, and for good cause shown,

**IT IS** on this **20th** day of **November 2024**, hereby

**ORDERED** that Petitioners' application is **GRANTED** as provided herein; and it is further

**ORDERED** that Petitioners are hereby granted leave to issue and serve on Respondent a deposition subpoena, in the form attached to the application; and it is further

**ORDERED** that Respondent shall comply with the subpoena in accordance with the Federal Rules of Civil Procedure; and it is further

**ORDERED** that Petitioners shall serve on Respondent copies of the application, all supporting documents, and this Order, together with the subpoena.

**SO ORDERED.**

_____
RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE